# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| | |
|---|---|
| **Case No.:** 23-54963-SMS | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** BJL EXPRESS, LLC | **Date Filed (f) or Converted (c):** 01/29/2024 (c) |
| | **§ 341(a) Meeting Date:** 03/06/2024 |
| **For Period Ending:** 06/30/2024 | **Claims Bar Date:** 07/30/2024 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | checking Account at Wells Fargo, xxxxxx7797<br>Account administered in Chapter 11 case. | 20.00 | 20.00 | | 0.00 | FA |
| 2 | checking Account at Bank of America, xxxxxx9030<br>Account administered in Chapter 11 case. | (92.00) | 0.00 | | 0.00 | FA |
| 3 | checking Account at Truist, xxxxxx8928<br>Account administered in Chapter 11 case. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | A/R 90 days old or less. Face amount = $10,000.00. Doubtful/Uncollectible accounts = $0.00.<br>Prepetition receivables. None have been identified as open at time of conversion. to Chapter 7. | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 5 | laptop, computer. | 200.00 | 200.00 | | 0.00 | 200.00 |
| 6 | 2005 Freightliner tractor. | 20,000.00 | 20,000.00 | | 0.00 | 20,000.00 |
| 7 | 2016 Volvo tractor.<br>Value estimated at $21k by auctioneer. Liens of $30k. Notice of abandonment filed, Dkt # 67. | 50,000.00 | 20,421.00 | OA | 0.00 | FA |
| 8 | Wells Fargo DIP Acct 3123 | 4,557.16 | 4,557.16 | | 4,557.16 | FA |
| 9 | Acme International Accounts Receivable (u)<br>Trustee had debtor's mail forwarded to his office including two checks from ACME International for post petition invoices. The checks bounced. | 5,990.00 | 5,990.00 | | 0.00 | 5,990.00 |
| **9** | **Assets    Totals**    (Excluding unknown values) | **$91,675.16** | **$62,188.16** | | **$4,557.16** | **$26,190.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 23-54963-SMS  
**Case Name:** BJL EXPRESS, LLC  

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 01/29/2024 (c)  
**§ 341(a) Meeting Date:** 03/06/2024  

**For Period Ending:** 06/30/2024  
**Claims Bar Date:** 07/30/2024

**Major Activities Affecting Case Closing:**

    Mail is being forwarded. Two checks have been received and deposited.

    3/22/2024 - Requesting $1,752.16 on deposit at Wells Fargo

    4/30/2024 - Scott Schwartz of Bullseye Auction has visited and assess value of two trucks.

    5/23/2024 - Volvo value is less than lien. Trustee filed a notice of abandonment.

    6/30/2024 - Trustee intends to sell the 2005 Freightliner tractor and collect receivables from ACME International.

**Initial Projected Date Of Final Report (TFR):** 09/30/2026    **Current Projected Date Of Final Report (TFR):** 09/30/2026

Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 23-54963-SMS | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | BJL EXPRESS, LLC | | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***9661 | | Account #: | ******0631 Checking |
| For Period Ending: | 06/30/2024 | | Blanket Bond (per case limit): | $27,655,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/18/24 | {4} | ACME International Inc | AR. Bill/Invoice #1758(1/25/24), #1(1/30/24), #6(2/1/24) | 1121-000 | 3,830.00 | | 3,830.00 |
| 03/18/24 | {4} | ACME International Inc | AR. Bill/Invoice #1756(1/8/24), #1757(1/10/24), ($670) credit, ($835) Credit | 1121-000 | 2,160.00 | | 5,990.00 |
| 03/22/24 | {4} | ACME International Inc | Check returned. Stop payment on check issued by ACME - AR. Bill/Invoice #1758(1/25/24), #1(1/30/24), #6(2/1/24) | 1121-000 | -3,830.00 | | 2,160.00 |
| 03/22/24 | {4} | ACME International Inc | Check returned. Stop payment on check issued by ACME - AR. Bill/Invoice #1756(1/8/24), #1757(1/10/24), ($670) credit, ($835) Credit | 1121-000 | -2,160.00 | | 0.00 |
| 04/01/24 | {8} | Wells Fargo Bank | Cashier's Check - Close checking acct # 3123 | 1129-000 | 4,557.16 | | 4,557.16 |
| 04/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 6.79 | 4,550.37 |
| 05/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 7.51 | 4,542.86 |
| 06/28/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 6.77 | 4,536.09 |
| | | | COLUMN TOTALS | | 4,557.16 | 21.07 | $4,536.09 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,557.16 | 21.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,557.16 | $21.07 | |

{ } Asset Reference(s)  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** | 23-54963-SMS |
| **Case Name:** | BJL EXPRESS, LLC |
| **Taxpayer ID #:** | **-***9661 |
| **For Period Ending:** | 06/30/2024 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0631 Checking |
| **Blanket Bond (per case limit):** | $27,655,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $4,557.16 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $4,557.16 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0631 Checking | $4,557.16 | $21.07 | $4,536.09 |
| | $4,557.16 | $21.07 | $4,536.09 |